USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORE GROGAN,

                Plaintiff,

        -against-

WAL-MART STORES EAST LP,

                Defendant.

7:26-cv-1767 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court having been advised that the Parties agreed to settle (*see* ECF No. 9), it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated within the next 45 days.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

      Any deadlines and conferences shall be terminated and cancelled.

      Defendant is further directed to serve a copy of this Order on Plaintiff and to file proof of

service.

Dated:    March 25, 2026
           White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge